IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LARRY J. RUTAN, an individual,

    Plaintiff,

vs.     Case No: 8:18-cv-01476-VMC-MAP

TD BANK, National Association,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, LARRY J. RUTAN and Defendant, TD BANK, National Association, through undersigned counsel, hereby notify the Court that the Parties have conditionally settled all claims asserted in this action. The Parties are in the process of preparing the necessary settlement documents, including, but not limited to, an appropriate Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii). The Parties request that the Court hold this matter temporarily in abeyance pending the Parties' agreement to, and execution, of the settlement documents, including compliance with the terms contained therein.

Dated: July 9, 2018.

Respectfully Submitted,

| | |
|---|---|
| */s/ Aaron M. Swift* | */s/ Jennifer Olmedo-Rodriguez* |
| Aaron M. Swift, Esq., | Jennifer Olmedo-Rodriguez, Esq. |
| Swift Law, P.A., | BUCHANAN INGERSOLL & ROONEY, PC |
| 10460 Roosevelt Blvd. N., | 100 S. E. Second Street |
| Suite 313, | Miami Tower, Suite 3500 |
| St. Petersburg, FL 33716 | Miami, Florida  33131 |
| aswift@swift-law.com | jennifer.olmedo-rodriguez@bipc.com |
| | |
| *Counsel for Plaintiff, Larry J. Rutan* | *Counsel for Defendant, TD Bank, National Association* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been electronically served on all counsel of record via CM/ECF on July 9, 2018.

By: */s/ Jennifer Olmedo-Rodriguez*
Jennifer Olmedo-Rodriguez, Esq.
Florida Bar No. 605158
BUCHANAN INGERSOLL & ROONEY, PC
4847-7511-0509, v. 2

BUCHANAN INGERSOLL & ROONEY PC :: Miami Tower :: 100 S. E. Second Street, Suite 3500 :: Miami, FL 33131-2148 :: T 305 347 4080 :: F 305 347 4089

2