IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LARRY J. RUTAN, an individual,

    Plaintiff,

vs.                                                                   Case No: 8:18-cv-01476-VMC-MAP

TD BANK, National Association,

    Defendant.
_____/

**STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, LARRY J. RUTAN and Defendant, TD BANK, National Association, having entered into a mutually agreeable resolution of all claims being advanced in the referenced action and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that Plaintiff's claims against Defendant are hereby dismissed with prejudice.

Each party shall bear its own costs and attorney fees.

Dated:  August 22, 2018.

Respectfully Submitted,

| | |
|---|---|
| */s/ Aaron M. Swift* | */s/ Jennifer Olmedo-Rodriguez* |
| Aaron M. Swift, Esq., | Jennifer Olmedo-Rodriguez, Esq. |
| Swift Law, P.A., | BUCHANAN INGERSOLL & ROONEY, PC |
| 10460 Roosevelt Blvd. N., | 100 S. E. Second Street |
| Suite 313, | Miami Tower, Suite 3500 |
| St. Petersburg, FL 33716 | Miami, Florida 33131 |
| aswift@swift-law.com | jennifer.olmedo-rodriguez@bipc.com |
| | |
| *Counsel for Plaintiff, Larry J. Rutan* | *Counsel for Defendant, TD Bank, National Association* |

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing has been electronically served on all counsel of record via CM/ECF on August 22, 2018.

                                  By:    */s/ Aaron M. Swift*
                                                Aaron M. Swift, Esq.
                                                Florida Bar No.: 93088
                                                Swift & Isringhaus, P.A